# PURPURA & PURPURA
## ATTORNEYS AT LAW

*THE BONAPARTE BUILDING*
*8 E. MULBERRY STREET*
*BALTIMORE, MARYLAND 21202*
*PHONE: 410-727-8550*
*FAX: 410-576-9351*

**William B. Purpura\***
wpurpura@purpuralaw.com
\* Admitted in MD, CA &
  US District Ct., DC

**Christopher J. Purpura**
cpurpura@purpuralaw.com

Of Counsel

**Marta K. Kahn\***
mkkahn@yahoo.com
\*Admitted in MD & VA

April 15, 2022

The Honorable James K. Bredar
Chief Judge
United States District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard St.
Baltimore, MD 21201

    Re:    <u>United States of America v. Lafonte Johnson</u>
            Criminal No.: JKB-20-0443
            Status Report

Dear Chief Judge Bredar:

      Undersigned counsel submits this report summarizing the status of defendant Lafonte Johnson and pending trial. Counsel has been unable to physically meet with Mr. Johnson this past week but has communicated several times via phone and lengthy emails. A plea is likely but at this point still not agreed upon. I will be able to meet with Mr. Johnson this upcoming week and will immediately inform the Court of any changed position.

                                            Respectfully,

                                            /s/

                                            William B. Purpura